UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| ANGELA M. BEVILACQUA, | Civil No. 2:20-CV-01617-RSM |
|---|---|
| Plaintiff, | |
| vs. | ORDER AMENDING THE SCHEDULING ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based on Defendant's Motion to Amend the Scheduling Order, and that Plaintiff's Counsel has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including August 6, 2021, to file Defendant's responsive brief; and
- Plaintiff shall have up to and including August 23, 2021, to file a reply brief.

DATED this 7th day of July, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Page 1    ORDER - [2:20-CV-01617-RSM]

Presented by:

s/ Frederick Fripps
FREDERICK FRIPPS
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-3892
Fax: (206) 615-2531
frederick.fripps@ssa.gov